MICHAEL P. OBERT, JR., SB# 022962
Email: Michael.Obert@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm Email: azdocketing@lewisbrisbois.com
Attorneys for Defendant Verizon Wireless LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Hemphill, | Case No.: 2:16-cv-02175-GMS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | (Assigned to the Honorable G. Murray Snow) |
| Verizon Wireless (VAW) LLC, | |
| Defendant. | |

Defendant Verizon Wireless (VAW), LLC, hereby gives notice that this matter has been resolved.  A stipulation for dismissal and order of dismissal with prejudice will be provided to the Court in the near future.

RESPECTFULLY submitted this 4th day of August, 2016.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**


By:   /s/Michael P. Obert, Jr.
      Michael P. Obert, Jr.
      N. Patrick Hall
      Attorneys for Defendant Verizon Wireless, LLC

4848-7640-9653.1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2016, I electronically transmitted the foregoing **[NOTICE OF SETTLEMENT]** to the Clerk's office using the Court's CM/ECF System, and thereby served all counsel of record listed below in this matter.

Nicholas R. Nowicki
McDonough & Nowicki PLLC
7025 E. Vernon Ave.
Scottsdale, Arizona 85257
nik@mcnowick.com
*Attorneys for Plaintiffs*

s/ Jodie Mize
6234-11544

4848-7640-9653.1

2