# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Hemphill, | No. CV-16-02175-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Verizon Wireless (VAW) LLC, | |
| Defendant. | |

The Court having considered the parties' Stipulation for Dismissal With Prejudice (Doc. 15), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing, with prejudice all claims in this action, each party shall bear their own attorneys' fees and costs.

Dated this 12th day of August, 2016.

_____
Honorable G. Murray Snow
United States District Judge